LAURENCE F. PULGRAM (CSB NO. 115163)
lpulgram@fenwick.com
KATHRYN J. FRITZ (CSB NO. 148200)
kfritz@fenwick.com
HENRY Z. CARBAJAL III (CSB NO. 237951)
hcarbajal@fenwick.com
LESLIE KRAMER (CSB NO. 253313)
lkramer@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:   (415) 875-2300
Facsimile:   (415) 281-1350

Attorneys for Defendant
CORBIS CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ANNA MARIA ALBERGHETTI and BONNIE POINTER, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>CORBIS CORPORATION,<br><br>Defendant. | **Case No.  09-CV-05735-SVW (CWx)**<br><br>**ORDER GRANTING STIPULATED PROTECTIVE ORDER** |

# ORDER

Having read and considered the Stipulated Protective Order submitted by the parties, and good cause for its entry having been shown, the Court hereby orders that the Stipulated Protective Order is entered.

**IT IS SO ORDERED.**

Dated: December 21, 2009

_____
The Honorable Carla Woehrle
United States Magistrate Judge