LAURENCE F. PULGRAM (CSB NO. 115163)
lpulgram@fenwick.com
KATHRYN J. FRITZ (CSB NO. 148200)
kfritz@fenwick.com
HENRY Z. CARBAJAL III (CSB NO. 237951)
hcarbajal@fenwick.com
LESLIE KRAMER (CSB NO. 253313)
lkramer@fenwick.com
FENWICK & WEST LLP
555 California Street
12th Floor
San Francisco, CA  94104
Telephone:   (415) 875-2300
Facsimile:   (415) 281-1350

JS-6

Attorneys for Defendant Corbis Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ANNA MARIA ALBERGHETTI and BONNIE POINTER,<br><br>Plaintiffs,<br><br>v.<br><br>CORBIS CORPORATION,<br><br>Defendant. | Case No.  09-CV-05735-SVW (CWx)<br><br>**FINAL JUDGMENT** |

On March 29, 2010, Defendant Corbis Corporation ("Corbis") submitted to the Court its Motion for Summary Judgment (the "Motion").  The matter having been submitted and after considering the Motion, all papers filed in support and in opposition thereof, arguments of counsel, and all other matters on file in this action and presented to the Court, IT IS HEREBY ORDERED AND ADJUDGED THAT:

    1.    Plaintiffs' Complaint is dismissed with prejudice and Defendant Corbis Corporation is entitled to judgment in its favor on all claims in Plaintiffs'

1  Complaint.

2      2.    Plaintiffs Anna Maria Alberghetti and Bonnie Pointer take nothing, that the action be dismissed on the merits, and that Defendant Corbis Corporation recover, from the Plaintiffs, Corbis' costs and fees of this action.

IT IS SO ORDERED

Dated: May 5, 2010

_____
The Honorable Stephen V. Wilson
United States District Court Judge

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

FINAL JUDGMENT      2      CASE NO. 09-CV-05735-SVW (CWx)