1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNA MARIA ALBERGHETTI, BONNIE POINTER, and JUDY TENUTA, on Behalf of Themselves and All Others Similarly Situated, | )  CV 09-5735 SVW (CWx) )  )  )  FINAL JUDGMENT )  |
| Plaintiffs, | )  )  |
| v. | )  )  |
| CORBIS CORPORATION, | )  )  |
| Defendant. | )  )  |

On March 29, 2010, Defendant Corbis Corporation ("Corbis") submitted to the Court its Motion for Summary Judgment (the "Motion"). The matter having been submitted and after considering the Motion, all papers filed in support and in opposition thereof, arguments of counsel, and all other matters on file in this action and presented to the Court, IT IS HEREBY ORDERED AND ADJUDGED THAT:

1. Defendant Corbis Corporation is entitled to judgment in its favor on all claims brought by Plaintiffs Anna Maria Alberghetti and Bonnie Pointer.

2. Plaintiffs Anna Maria Alberghetti and Bonnie Pointer take nothing and that Defendant Corbis Corporation recover, from Plaintiffs Anna Maria Alberghetti and Bonnie Pointer, Corbis' costs of this action.

IT IS SO ORDERED.

DATED: ___May 18, 2010___

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE