LAURENCE F. PULGRAM (CSB NO. 115163)
lpulgram@fenwick.com
KATHRYN J. FRITZ (CSB NO. 148200)
kfritz@fenwick.com
LESLIE KRAMER (CSB NO. 253313)
lkramer@fenwick.com
FENWICK & WEST LLP
555 California Street
12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

Attorneys for Defendant Corbis Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ANNA MARIA ALBERGHETTI and BONNIE POINTER,<br><br>Plaintiffs,<br><br>v.<br><br>CORBIS CORPORATION,<br><br>Defendant. | Case No. 09-CV-05735-SVW (CWx)<br><br>[PROPOSED] FINAL ORDER ON ATTORNEY'S FEES AND COSTS |

On July 22 and August 9, 2010, the Court issued orders granting Corbis Corporation's Motion for Attorney's Fees and Costs (the "Motion") pursuant to Federal Rule of Civil Procedure 54(d), Cal. Civ. Code § 3344 and C.D. Cal. R. 54-12. The matter having been submitted and after considering the Motion, all papers filed in support and in opposition thereof, and all other matters on file in this action and presented to the Court, IT IS HEREBY ORDERED THAT:

Corbis' Motion is GRANTED and it is hereby determined that:

1. In accordance with the Court's previous orders, Corbis is entitled to an award of its attorney's fees in the amount of $210,187.50 and costs in the amount of $8,814.33.

IT IS SO ORDERED.

Dated: 8/19/10

The Honorable Stephen V. Wilson
United States District Court Judge