UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ANNA MARIA ALBERGHETTI and BONNIE POINTER,<br><br>Plaintiffs,<br><br>v.<br><br>CORBIS CORPORATION,<br><br>Defendant. | Case No.  09-CV-05735-SVW (CWx)<br><br>**CONSENT JUDGMENT**<br><br>Judge:   Hon. Stephen V. Wilson |

WHEREAS, Anna Maria Alberghetti and Bonnie Pointer (together, "Plaintiffs") and Defendant Corbis Corporation ("Corbis") have stipulated to entry of this Consent Judgment in this action, and good cause appearing, therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT

1. Judgment is ENTERED in favor of Defendant Corbis and against Plaintiffs in the amount of $650,000 (six hundred and fifty thousand U.S. dollars).

2. This Consent Judgment modifies the Final Judgment entered by this

Court in favor of Corbis on May 5, 2010 (Dkt. No. 91) and the Final Order on Attorney's Fees and Costs entered by the Court on August 19, 2010 in favor of Corbis in the amount of $219,001.83 (two hundred nineteen thousand and one U.S. dollars and eighty three U.S. cents) (Dkt. No. 128), pursuant to California Code of Civil Procedure Section 697.360.

**IT IS SO ORDERED.**

Dated: November 19, 2012

The Honorable Stephen V. Wilson
United States District Court Judge